1  Brenna E. Erlbaum (SBN: 296390)
   Brian Heit (SBN: 302474)
2  **HEIT ERLBAUM, LLP**
   501-I South Reino Rd #344
3  Newbury Park, CA 91320
   Brenna.Erlbaum@HElaw.attorney
4  brian.heit@helaw.attorney
   [phone]: (805) 231.9798
5  *Attorneys for Plaintiff*

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                              **San Francisco**

11  MALIBU MEDIA, LLC,                      Case Number:

12                     Plaintiff,           **CERTIFICATE OF INTERESTED
                                            ENTITIES OR PERSONS**
13  vs.

14  JOHN DOE subscriber assigned IP address
    73.223.182.35,
15
                       Defendant.
16

17

18        Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

19  associations of persons, firms, partnerships, corporations or other entities (i) have a financial

20  interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-

21  financial interest in that subject matter or in a party that could be substantially affected by the

22  outcome of this proceeding:

23        (1) Malibu Media, LLC  - Plaintiff; financial interest;

24        (2) Colette Field  - Co-owner of Malibu Media, LLC; financial interest in Plaintiff;

25        (3) Brigham Field - Co-owner of Malibu Media, LLC; financial interest in Plaintiff;

26        (4) John Doe - Defendant; financial interest;

27        (5) Brenna Erlbaum, Esq. - Attorney for Plaintiff; financial interest; and

28                                             1

          Certificate of Interested Entities or Persons

*Vertical left margin text:* HEIT ERLBAUM, LLP — 501 South Reino Road, STE I #344● Newbury Park, California 91320● Phone: 805.231.9798 ● E-Mail: brenna.erlbaum@HElaw.attorney

1    (6)  Brian Heit, Esq. – Attorney for Plaintiff; financial interest.

2                                    HEIT ERLBAUM, LLP

3

4                                    /s/ Brenna Erlbaum
                                     BRENNA ERLBAUM, ESQ
5                                    Attorney for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                          2

---

Certificate of Interested Entities or Persons

HEIT ERLBAUM, LLP

501 South Reino Road, STE I #344• Newbury Park, California 91320• Phone: 805.231.9798 •
E-Mail: brenna.erlbaum@HElaw.attorney