IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 73.223.182.35,<br><br>    Defendant.<br>                                                / | No. C 16-01014 WHA<br><br>**ORDER GRANTING SEALING MOTION AND EXTENDING DEADLINE TO SERVE DEFENDANT** |

      Malibu Media seeks leave to file under seal its amended complaint, proposed summons, and return of service. Malibu Media's motion is hereby **GRANTED**. Malibu Media shall have until **JUNE 23** to serve defendant.

      **IT IS SO ORDERED.**

Dated: June 6, 2016.

                                                    WILLIAM ALSUP<br>
                                                    UNITED STATES DISTRICT JUDGE