Nicholas Ranallo, Attorney at Law #275016
2443 Fillmore Street, #380-7508
San Francisco, CA 94115
Telephone No.: (831) 607-9229
Fax No.: (831) 533-5073
Email: nick@ranallolawoffice.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| MALIBU MEDIA, LLC | Case No. 3:16-cv-01014-WHA |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL |
| v. | |
| [redacted] | |
| Defendant | |

This matter comes before the Court upon Defendant's Motion for Leave to file certain documents under seal. Good cause being shown,

IT IS ORDERED that Defendant's Motion to File its First Amended Answer Under Seal is hereby GRANTED.

SO ORDERED this 15th day of August, 2016

_____
Hon. William Alsup – District Judge