◆AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

| | |
|---|---|
| Malibu Media, LLC<br>Plaintiff(s),<br>V.<br>John Doe<br>Defendant(s), | CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY<br><br>CASE NUMBER: 3:16-cv-01014-WHA |

Notice is hereby given that, subject to approval by the court, __Malibu Media, LLC__ substitutes
(Party (s) Name)

__Henrik Mosesi__, State Bar No. __189672__ as counsel of record in
(Name of New Attorney)

place of __Brenna E. Erlbaum__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Law Offices of Henrik Mosesi
Address: 433 N. Camden Dr., 6th Floor, Beverly Hills, CA 90210
Telephone: (310) 734-4269          Facsimile (310) 734-4053
E-Mail (Optional):

I consent to the above substitution.
Date:   11/29/2016
(Signature of Party(s))

I consent to being substituted.
Date:   11/29/2016
(Signature of Former Attorney (s))

I consent to the above substitution.
Date:   11/29/2016
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]