AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern  District of  California

Malibu Media, LLC

Plaintiff(s),

V.

John Doe

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:16-cv-01014-WHA

Notice is hereby given that, subject to approval by the court, __Malibu Media, LLC__ substitutes
(Party (s) Name)

__Henrik Mosesi__, State Bar No. __189672__ as counsel of record in
(Name of New Attorney)

place of __Brenna E. Erlbaum__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Law Offices of Henrik Mosesi

Address: 433 N. Camden Dr., 6th Floor, Beverly Hills, CA 90210

Telephone: (310) 734-4269  Facsimile (310) 734-4053

E-Mail (Optional):

I consent to the above substitution.

Date: 11/29/2016

*Colette Pelissier*
—CD32F0C57DE840A...
(Signature of Party(s))

I consent to being substituted.

Date: 11/29/2016

—323655D7655543C...
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 11/29/2016

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: December 27, 2016.

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]